THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **05-54560** |
| **ALBERT QUARTERMAN** | ) | |
| **MARY R QUARTERMAN** | ) | MARILYN SHEA-STONUM |
| | ) | BANKRUPTCY JUDGE |
| Debtor(s) | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **Revenue Group**
   **Check No. 718079**
   **Claim #003**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $27.08 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/14/2009**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*Handwritten:* Check # 732008
Receipt # 81149
27.08

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**ALBERT QUARTERMAN**
**1138 LEXINGTON AVE.**
**AKRON, OH 44310**
**(Via Regular Mail)**

**MARY R QUARTERMAN**
**1138 LEXINGTON AVE.**
**AKRON, OH 44310**
**(Via Regular Mail)**

**VANCE P TRUMAN (via ECF)**

**Revenue Group**
**3700 Park East, #240**
**Beachwood, OH 44122-4308**
**(Via Regular Mail)**

Date of Service: **12/14/2009**

By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com