THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED 2010 FEB -8 PM 1:32
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE: ) CHAPTER 13
) CASE NO: **05-54560**
**ALBERT QUARTERMAN** )
**MARY R QUARTERMAN** ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **REVENUE GROUP**
   **Check No. 723863**
   **Claim #003**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $24.68 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **2/5/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

ck # 738617
receipt # 81261

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**ALBERT QUARTERMAN**
**1138 LEXINGTON AVE.**
**AKRON, OH 44310**
(Via Regular Mail)

**MARY R QUARTERMAN**
**1138 LEXINGTON AVE.**
**AKRON, OH 44310**
(Via Regular Mail)

**VANCE P TRUMAN (via ECF)**

**REVENUE GROUP**
**3700 PARK EAST, #240**
**BEACHWOOD, OH 44122-4308**
(via Regular Mail)

Date of Service: **2/5/2010**

By: **JoAnn Romig**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com